IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **4:25CR3034** |
| vs. | | |
| JULIUS PHILLIPS, | | **MEMORANDUM AND ORDER** |
| Defendant. | | |

This matter is before the Court on the United States' Motion for a Final Order of Forfeiture. (Filing No. 52). Having reviewed the record in this case, the Court finds as follows:

1. On December 4, 2025, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant's interest in $7,021.00 United States currency, a Marlin Model 60 .22 LR rifle, 15 rounds of .22 LR ammunition, and 29 rounds of Winchester Special ammunition. (Filing No. 39).

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty-consecutive days, beginning on December 6, 2025, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on February 6, 2026. (Filing No. 53).

3. The United States advises the Court that no party has filed a petition regarding the subject Property.  From a review of the Court file, the Court finds that no person or entity has filed a petition.

4. The Motion for Final Order of Forfeiture should be granted.

**IT IS ORDERED:**

1. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 52) is granted;

2.       All right, title and interest in and to the $7,021.00 United States currency, a Marlin Model 60 .22 LR rifle, 15 rounds of .22 LR ammunition, and 29 rounds of Winchester Special ammunition which was seized from the Defendant on or about November 21, 2024, held by any person or entity are forever barred and foreclosed;

3.       The $7,021.00 United States currency, a Marlin Model 60 .22 LR rifle, 15 rounds of .22 LR ammunition, and 29 rounds of Winchester Special ammunition are forfeited to the Government; and

4.       The Government is directed to dispose of that currency in accordance with the law.

Dated this 9th day of February, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge

2