IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| | Plaintiff, | **4:25CR3034** |
| vs. | | |
| JULIUS PHILLIPS, | | **ORDER** |
| | Defendant. | |

This matter is before the Court on Defendant's Motion for Return of Personal Property. (Filing No. 50.)  Defendant seeks return of a cash app card with his name on it and two cell phones seized from him on November 21, 2024. Defendant is presently incarcerated at the Saline County Jail, in Wilber, Nebraska, and requests that the property be released to Julianne Phillips, whose address is 3335 Portia St., #2D, Lincoln, NE 68521.  The government has advised the Court that it does not object to the motion.

Pursuant to Fed. R. Crim. P. 41(g), a person aggrieved by deprivation of property may move for its return in the district where the property was seized.  "When a criminal proceeding is completed, the government has a duty to return property in its custody to the rightful owner, unless it is subject to forfeiture." *United States v. Fonseca*, 790 F.3d 852, 855 (8th Cir. 2015).  However, the person seeking the return of property must establish that he is entitled to lawfully possess the seized property.  *United States v. Howard*, 973 F.3d 892, 894 (8th Cir. 2020).  "The court should afford the movant an opportunity to meet this burden, which may include, but does not require, an evidentiary hearing.  *Jackson v. United States*, 526 F.3d 394, 396-97 (citations omitted). If that burden is met, the "government must then establish a legitimate reason to retain the property." *Id. at 397*.

Defendant plead guilty pursuant to a plea agreement to possession with intent to distribute 50 grams or more of methamphetamine (actual) and was sentenced to a term of 146 months incarceration and 5 years of supervised release.  (Filing No. 1; Filing No. 32; Filing No. 46.)  As part of his plea agreement, Defendant forfeited $7,021, a Marlin Model 60 .22 LR Rifle, 15 rounds of .22 LR ammunition, and 29 rounds of Winchester Special ammunition seized from 3045 Starr St., #2 Lincoln, Nebraska on or about November 21, 2024.  (Filing No. 32.)  That property was the subject of a final order of forfeiture which was entered on February 9, 2026.  (Filing No. 54.)

The property that Defendant requests was not part of the final forfeiture order.  Defendant seeks return of a cash app card with his name on it and two phones.  The government has advised the Court that the Lincoln Police Department has Defendant's property, and that the government does not oppose having a third-party retrieve the property for Defendant.

Accordingly,

**IT IS ORDERED:**

1.  Defendant's Motion for Return of Personal Property (Filing No. 50) is granted.
2.  The cash app card with Defendant's name on it and two cell phones seized from Defendant on November 21, 2024 may be released to Julianne Phillips, whose address is 3335 Portia St., #2D, Lincoln, NE 68521.  Ms. Phillips may pick-up the property from the Lincoln Police Department.
3.  The Clerk of Court shall mail a copy of this order to Julianne Phillips at 3335 Portia St., #2D, Lincoln, NE 68521.

Dated this 20th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2